UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE FERRIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN RAFAEL, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02101-JST<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: ECF No. 5 |

　　　　Before the Court is Plaintiff Michelle Renee Ferrin's motion for a temporary restraining order against Defendants City of San Rafael, Jim Schutz, and Lynn Murphy.  ECF No. 5.  The Court will deny the motion.

　　　　Although Ferrin is representing herself without an attorney, "[a] person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules."  Civil L.R. 3-9(a).  Under Civil Local Rule 65-1(a)(5), "[a] motion for temporary restraining order must be accompanied by . . . [a] declaration by counsel certifying that notice has been provided to the opposing party, or explaining why such notice could not be provided."  Rule 65 of the Federal Rules of Civil Procedure states that a court "may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: . . . (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."  Fed. R. Civ. P. 65(b)(1).

　　　　Ferrin offers no evidence that she has provided Defendants with notice of her motion for a temporary restraining order, as required by Civil Local Rule 65-1(a)(5).  Nor has Ferrin certified "in writing any efforts made to give notice and the reasons why it should not be required" in this case, as required by Rule 65 of the Federal Rules of Civil Procedure.

1    Accordingly, the Court is unable to consider Ferrin's motion at this time.  The motion is
2 denied without prejudice.
3    The Court encourages Ferrin to seek the assistance of the free Legal Help Center operated
4 by the Bar Association of San Francisco.  The Legal Help Center sets up appointments to speak
5 with a lawyer for basic legal help, but it does not provide legal representation.  Appointments can
6 be scheduled by emailing fedpro@sfbar.org or by calling (415) 782-8982.  Ferrin may also wish to
7 consult the resources available on the Court's website, at https://cand.uscourts.gov/pro-se-
8 litigants/, for people who are representing themselves without a lawyer.

**IT IS SO ORDERED.**

Dated:  April 1, 2022



JON S. TIGAR
United States District Judge