UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE FERRIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN RAFAEL, et al.,<br><br>    Defendants. | Case No. 22-cv-02101-JST<br><br>**ORDER DISMISSING CASE** |

On April 14, 2022, the Court dismissed this case with leave to amend and ordered that:

> Any amended complaint shall be filed within 28 days of the date of this order.  If [Plaintiff Michelle Renee] Ferrin needs additional time to attempt to learn the identity of the Doe officer who impounded her vehicle, she should file a request for an extension of time explaining the steps she has taken since receiving this order and the amount of additional time she requests.  If neither an amended complaint nor a request for extension of time is filed within 28 days of the date of this order, the Court will dismiss and close this case.

ECF No. 12 at 4.  The Court has twice reminded Ferrin of resources available to litigants who are not represented by counsel.  *Id.*; ECF No. 11 at 2.  The 28-day filing deadline passed on May 12, 2022.  To date, Ferrin has filed neither an amended complaint nor a request for extension of time.  Accordingly, this case is hereby dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  This dismissal does not operate as an adjudication on the merits.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 26, 2022



_____
JON S. TIGAR
United States District Judge